JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ANGIE HU, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. 3 09 70786 BZ <br><br> **STIPULATION TO CONTINUE INITIAL APPEARANCE** |

The defendant, ANGIE HU, has been ordered to appear before the Honorable Bernard Zimmerman, U.S. Magistrate Judge, on September 10, 2009, at 9:30 a.m. for initial appearance on the complaint.  Jamie Sutton, Esq., represents Ms. Hu and is unavailable that date. Accordingly, the parties hereby agree and respectfully request that HU's initial appearance may be continued to September 16, 2009, at 9:30 a.m. before Judge Zimmerman.  Mr. Sutton

///

///

Stipulation to Continue Initial Appearance
3 09 70786 BZ

represents that he has advised Ms. Hu of this Stipulation and Proposed Order and that Ms. Hu has agreed to appear on September 16, 2009, as set forth herein.

DATED: 9/8/09

/s/ J. SUTTON

JAMIE SUTTON
Counsel for Defendant

DATED: 9/8/09

/s/ J. FINIGAN

JEFFREY R. FINIGAN
Assistant U.S. Attorney

### **ORDER**

For the reasons stated by the parties herein, it is hereby ORDERED that the initial appearance on the indictment for defendant, ANGIE HU, is **CONTINUED** from September 10, 2009, at 9:30 a.m. to September 16, 2009, at 9:30 a.m. before the Honorable Bernard Zimmerman, U.S. Magistrate Judge.

DATED:  Sept. 8, 2009

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE