JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorneys

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

**FILED**
OCT 1 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 3 09 70786 BZ |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |
| ANGIE HU, ) | |
| Defendant. ) | |

The above-captioned matter came before the Honorable Elizabeth D. LaPorte, United States Magistrate Judge, on October 15, 2009, for preliminary hearing or arraignment on an indictment. Craig Bessenger, Esq. specially appeared for Edward Swanson, Esq., who substituted into the case in place of Jamie Suttone, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The case was set for November 2, 2009, at 9:30 a.m. for preliminary hearing or arraignment on an indictment.

STIP & ORDER TO EXCLUDE TIME
CR 3 09 70786 BZ

The Court made findings on the record on October 15, 2009, of good cause and the defendant consented to extending the time within which she must be indicted pursuant to Federal Rule of Criminal Procedure 5.1(d) and 18, United States Code, § 3161(b) and (h)(7)(A) and (B)(iv).

The parties hereby agree to and request that the case be continued until November 2, 2009, and that the time limits of Rule 5.1(c) be extended until then so that new counsel may familiarize himself with the case and discuss potential resolution. The parties further agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(b) and (h)(7)(A) and (B)(iv), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in filing an information or indictment within the time set forth in 18 U.S.C. § 3161(b). This time exclusion will allow government and defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: October 16, 2009

/s/
EDWARD SWANSON
Counsel for Angie Hu

DATED: October 16, 2009

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.
DATED: Oct 16, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge

STIP & ORDER TO EXCLUDE TIME
CR 3 09 70786 BZ                                    2